UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GRISELDA GREEN,

    Plaintiff,

vs.      Case No. 3:05-cv-1106-J-HTS

MICHAEL J. ASTRUE,
Commissioner of
Social Security,[1]

    Defendant.

**O R D E R**

This cause is before the Court on Plaintiff's Uncontested Petition for Award of Attorney Fees Under the Equal Access to Justice Act (Doc. #13; Petition), filed on March 29, 2007. It is represented Defendant has no objection to the amount sought in the Petition. Petition at 2.

The Petition requests the Court to award $2,287.50 in fees to Plaintiff's counsel pursuant to the Equal Access to Justice Act. *Id.* at 3. Additionally, $250.00 in costs is sought for the filing of the complaint. *Id.* Counsel expended 15.0 hours in representing Plaintiff before the Court in 2005, 2006, and 2007.

---

[1] Pursuant to Rule 25, Federal Rules of Civil Procedure, Michael J. Astrue, Commissioner of Social Security, is substituted as Defendant herein.

Case 3:05-cv-01106-HTS   Document 14   Filed 04/03/07   Page 2 of 2 PageID 78

*Id.;* Itemization of Time Social Security Claim, attached to the Petition.

Having reviewed the Petition and case file herein, the Court finds Plaintiff satisfies the statutory requirements for an award of fees. *See* 28 U.S.C. § 2412(d). Further, it is found Plaintiff may reasonably be awarded $2,287.50 in attorney fees and $250.00 in costs.

Accordingly, the Petition (Doc. #13) is **GRANTED** and the Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant for attorney fees in the amount of $2,287.50 and costs of $250.00.

**DONE AND ORDERED** at Jacksonville, Florida this 3rd day of April, 2007.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    pro se parties, if any